

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2021

No. 04-20-00249-CR

The **STATE** of Texas,
Appellant

v.

Chase Wesley **VERNER**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10182-CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

The motion to withdraw is GRANTED. We order counsel to immediately notify the appellee, in writing, that any brief appellee wishes to file is due by **July 21, 2021**. We further order counsel to file a copy of that written notice with the court clerk by **June 28, 2021**.

It is so **ORDERED** on June 21, 2021.

**PER CURIAM**

ATTESTED TO: _____
                Michael A. Cruz,
                Clerk of Court